UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVERETT PASLEY,

        Plaintiff,                  Case No. 1:12–cv-891

v.                                       Honorable Paul L. Maloney

PRISON HEALTH SERVICES,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:   October 18, 2012               /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             Chief United States District Judge