UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EVERETT PASLEY, #185340,<br>  Plaintiff,<br><br>-v-<br><br>PRISON HEALTH SERVICES,<br>  Defendant. | No. 1:12-cv-891<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed the claims in the lawsuit without prejudice for failing to exhaust administrative remedies, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 10, 2013              /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  Chief United States District Judge