UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EVERETT PASLEY, #185340,<br>　　　　Plaintiff,<br><br>-v-<br><br>PRISON HEALTH SERVICES,<br>　　　　Defendant.<br>_____ | No. 1:12-cv-891<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed the claims in the lawsuit without prejudice for failing to exhaust administrative remedies, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: December 10, 2013　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge